# KU & MUSSMAN, P.A.

ATTORNEYS AT LAW

18501 Pines Boulevard
Suite 209-A
Pembroke Pines, FL 33029
305 891 1322
305 891 4512 fax

December 13, 2021

Hon. John P. Cronan
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Filed via ECF

Re:   *Brown v. Best Buy Co. Inc.*
      Case No.: 21-cv-4768(JPC)

## SECOND ADJOURNMENT REQUEST

Hon. John P. Cronan,

The undersigned represents Plaintiff in this matter. On November 9, 2021, the parties notified the Court that they had reached a resolution of all material issues in this case and anticipated filing a stipulation of dismissal by November 29, 2021 [Dkt. No. 21]. However, due to the Thanksgiving holiday and other unanticipated delays, the parties requested and were granted an extension of fourteen (14) days until December 13, 2021, to finalize the language and fully execute the Settlement Agreement. However, finalizing the language is taking longer than anticipated. Consequently, Plaintiff respectfully requests another fourteen (14) days, and updates the Court of the Plaintiff's intention to file a stipulation of dismissal by December 27, 2021.  This is the Plaintiff's second request.

Dated: December 13, 2021

Respectfully submitted,

By:   */s/ Louis Mussman*
      Louis Mussman, Esq.

      Ku & Mussman, P.A.

      *Attorneys for Plaintiff*

This request is granted. The parties may file a stipulation of dismissal by December 27, 2021.

SO ORDERED.
Date: December 14, 2021
New York, New York

JOHN P. CRONAN
United States District Judge

Cc: All Counsel of record

1